IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20506
_____

JAMES GLENN HUTSON,

                                        Petitioner-Appellant,

versus

JACK W. DIEKEN, Sheriff; ATTORNEY GENERAL OF
THE STATE OF OKLAHOMA; GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL
DIVISION,

                                        Respondents-Appellees.

---------------------

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CV-1957

---------------------

April 16, 1997
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:*

     Appellant James Glenn Hutson, Texas prisoner # 633802, has appealed the district court's denial of habeas corpus relief from an Oklahoma state felony detainer warrant.

_____

     * Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Appellee Gary L. Johnson has filed a motion to dismiss the appeal, on grounds that the detainer has been withdrawn and the Oklahoma indictment dismissed, for failure to comply with the speedy-trial requirements of the Interstate Agreement on Detainers Act.  The motion is granted and the appeal is hereby dismissed.  See Birdwell v. Skeen, 983 F.2d 1332, 1335-36 (5th Cir. 1993).

APPEAL DISMISSED.